UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RODNEY L. JONES,

        Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

**CASE NO. 5:17-CV-566-D**

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 18] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 12] is DENIED, defendant's motion for judgment on the pleadings [D.E. 14] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on February 12, 2019, and Copies To:**

| | |
|---|---|
| George C. Piemonte | (via CM/ECF electronic notification) |
| Gabriel R. Deadwyler | (via CM/ECF electronic notification) |

DATE:
February 12, 2019

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
Deputy Clerk